UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Shawn Canada, | Case No. 21-cv-2389 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Paul Schnell, Chad Mitch, Kristie Lang, Alex Bunger, Robyn Wood, and Mathias Antony, | |
| Defendants. | |

---

This matter is before the Court on the January 7, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 7.) Because no objection to the R&R has been filed, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R, the foregoing analysis, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The January 7, 2022 R&R, (Dkt. 7), is **ADOPTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with the Court's November 23, 2021 Order.

3. Plaintiff Shawn Canada's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED AS MOOT**.

4.       Plaintiff Shawn Canada's motion for a jury trial, (Dkt. 4), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  April 21, 2022                                              s/Wilhelmina M. Wright
                                                                                  Wilhelmina M. Wright
                                                                                  United States District Judge